# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**FRANCISCO JAVIER MONREAL, M.D.**,

    Plaintiff,

vs.   CASE NUMBER: 5:11-cv-075

**THE STATE OF NEW YORK; NEW YORK STATE DEP'T OF HEALTH, Office of Prof. Med. Conduct; NEW YORK STATE EDUC. DEP'T; and NEW YORK STATE UNIFIED COURT SYS.**,

    Defendants.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendants' motion to dismiss Plaintiff's amended complaint is GRANTED, and Plaintiff's amended complaint is DISMISSED with prejudice;

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 2nd day of July, 2012.

DATED: July 2, 2012

*[signature]*
Clerk of Court

    s/
Christine Mergenthaler
Deputy Clerk

entered and served
by cm on 7/2/12